IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-70-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER GRANTING PETITIONER'S** |
| | ) | **MOTION TO TERMINATE** |
| G. MARTIN WYNN | ) | **SUPERVISED RELEASE** |
| | ) | |

**THIS MATTER** is before the court on the Petitioner's Motion to Terminate Supervised Release [DE #3]. In his motion, Petitioner requests that the court enter an Order terminating his supervised release..

**IT IS, HEREBY ORDERED** that Petitioner's Motion to Terminate Supervised Release [DE #3] is ALLOWED.

This the __20th__ day of March, 2015.

_____
THE HONORABLE LOUISE WOOD FLANAGAN
United States District Judge